RICHARD BIDDLECOM, *ex dem.* DANIEL BIDDLE-
COM, *against* JOHN FARWELL, Tenant in pos-
session.

EJECTMENT. Common rule entered, and the
general issue to the country.

Defendant offered to read in evidence a deed from
*Nathan Spafford,* constable, and collector of the sur-
veyor-general's tax, commonly so called, conveying
the lands described in the declaration in fee to his an-
cestor, under a vendue sale for the non-payment of
a tax.

*Vermont* Stat. vol. 2. p. 215.

*Daniel Chipman,* on the part of the plaintiffs,
objected.

The act does not directly levy a tax, but only
authorises the governor and council to assess a tax
in either of two modes; the one on the soil, the
other on the town as a corporation. In the present
case it was assessed upon the town, and therefore
ought to have been collected by a tax on the polls
and rateable estate as directed by the subsequent ex-
planatory clause of the act.

Decision under the surveyor-general's tax act.

Second objection. That this land was holden in
severalty, and the constable is not made collector of
taxes on such land.

By the Court. The constable's deed cannot be
read in evidence.

<div style="margin-left:2em">Biddlecom<br>v.<br>Farwell.</div>

HALL, Judge, observed, there was a more formidable objection. The whole original right is attempted to be conveyed by the deed.

<div style="text-align:right">Verdict for the plaintiff.</div>